**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SKYLER HEAVANS,<br><br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>GENE DODARO,<br>Comptroller General of the United States<br>Government Accountability Office,<br><br>　　　　　　*Defendant.* | Civil Action No. 22-0836 (BAH) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Joshua Ontell as counsel of record for the Defendant in the above- captioned case and

remove Assistant United States Attorney Thomas W. Duffey as counsel for Defendant.

Date:　January 19, 2023
　　　　Washington, DC

　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　_/s/ Joshua H. Ontell_____
　　　　　　　　　　　　　　Joshua H. Ontell
　　　　　　　　　　　　　　VA Bar # 92444
　　　　　　　　　　　　　　Assistant United States Attorney– Civil Division
　　　　　　　　　　　　　　U.S. Attorney's Office for the District of Columbia
　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　Phone: (202) 252-7706
　　　　　　　　　　　　　　joshua.ontell@usdoj.gov