UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKYLER HEAVANS,<br><br>              *Plaintiff,*<br><br>    v.<br><br>GENE DODARO,<br>Comptroller General of the United States<br>Government Accountability Office,<br><br>              *Defendant*. | Civil Action No. 22-0836 (BAH) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney M. Jared Littman as counsel of record for the Defendant in the above- captioned case and remove Assistant United States Attorney Joshua Ontell as counsel for Defendant.

Date:  March 3, 2023
        Washington, DC

                                          Respectfully submitted,

                                            /s/ M. Jared Littman
                                          M. Jared Littman
                                          PA Bar # 91646
                                          Assistant United States Attorney– Civil Division
                                          U.S. Attorney's Office for the District of Columbia
                                          601 D Street, N.W.
                                          Washington, D.C. 20530
                                          Phone: 202-252-2523
                                          Matthew.Littman@usdoj.gov