IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKYLER HEAVANS | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 22-836 (BAH) |
| GENE DODARO<br>Comptroller General of the United States, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 23, 2023 Minute Order, the parties submit the following Joint Status Report:

After submission of the parties' Joint Report and Rule 26(f) plan, the Court, upon request of the parties, referred this matter for mediation before a Magistrate Judge. See Jan. 23, 2023, Min. Order. The Court further set a discovery schedule for the parties and also ordered that by March 3, 2023, "the parties shall file a joint status report advising the Court whether the stay [of all proceedings in this matter] should be extended for continuation of mediation and, if so, proposing any modification to this SCHEDULING ORDER." *Id*.

On or about January 20, 2023, Defendants requested a settlement demand from Plaintiff. On February 13, 2023, Plaintiff provided a demand. Defendants are evaluating Plaintiff's demand and are in discussions with Plaintiff about settling the case. The parties jointly request that the Court continues the stay for 45 days to allow for the parties to attempt to resolve this

matter. The parties believe mediation before a Magistrate Judge could facilitate settlement. As of the date of this filing, no Magistrate Judge had been assigned to hold a settlement conference.

The proposed schedule is as follows:

(1) By April 17, 2023, the parties shall file a joint status report advising the Court whether the stay should be extended for continuation of mediation and, if so, proposing any modification to this SCHEDULING ORDER;

(2) By April 24, 2023, the parties shall exchange initial disclosures required by Federal Rule of Civil Procedure 26(a)(1);

(3) By May 5, 2023, the parties shall file any amended pleadings and join any additional parties;

(4) By May 22, 2023, plaintiff's experts shall be designated with required expert disclosures and reports exchanged, by June 23, 2023, defendant's affirmative and rebuttal experts designated with required expert and rebuttal expert disclosures and reports exchanged, and by July 14, 2023, plaintiff's rebuttal experts designated with required rebuttal expert disclosures and reports exchanged;

(5) By September 8, 2023, all discovery shall close; and

(6) By October 13, 2023, the parties shall file any dispositive motions, with any responses to be filed by November 13, 2023, and any replies to be filed by December 15, 2023.

A proposed order is attached hereto.

Dated March 3, 2023

    /s/ Natalie M. Koss
Natalie M. Koss, D.C. Bar No. 489551
Potomac Legal Group PLLC
1776 K Street NW, Suite 725
Washington, DC 20006
Telephone: (202) 643-9840
Facsimile: (202) 350-2654
Email: nkoss@potomaclegalgroup.com
*Attorney for Complainant Skyler Heavans*

/s/ Paula M. Potoczak
Paula M. Potoczak, D.C. Bar No. 929562

        Law Office of Paula M. Potoczak
        218 North Lee Street, Third Floor
        Alexandria, Virginia 22314
        (703) 519-3733 (Telephone)
        (703) 519-3827 (Facsimile)
        pmplaw@earthlink.net
        *Attorney for Complainant Skyler Heavans*

        MATTHEW M. GRAVES, D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

        <u>/s/ M. Jared Littman</u>
        M. Jared Littman
        PA Bar # 91646
        Assistant United States Attorney
        U.S. Attorney's Office
        601 D Street, N.W.
        Washington, D.C. 20530
        Phone: (202) 252-2523
        <u>Matthew.Littman@usdoj.gov</u>
        *Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SKYLER HEAVANS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENE DODARO )<br>Comptroller General of the United States, )<br>)<br>Defendant. )<br> ) | Civil Action No. 22-836 (BAH) |

# [PROPOSED] INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby ORDERED that the parties shall abide by the following dates, deadlines, and limitations:

(1) By April 17, 2023, the parties shall file a joint status report advising the Court whether the stay should be extended for continuation of mediation and, if so, proposing any modification to this SCHEDULING ORDER;

(2) By April 24, 2023, the parties shall exchange initial disclosures required by Federal Rule of Civil Procedure 26(a)(1);

(3) By May 5, 2023, the parties shall file any amended pleadings and join any additional parties;

(4) By May 22, 2023, plaintiff's experts shall be designated with required expert disclosures and reports exchanged, by June 23, 2023, defendant's affirmative and rebuttal experts designated with required expert and rebuttal expert disclosures and reports exchanged, and by July 14, 2023, plaintiff's rebuttal experts designated with required rebuttal expert disclosures and reports exchanged;

(5) By September 8, 2023, all discovery shall close; and

(6) By October 13, 2023, the parties shall file any dispositive motions, with any responses to be filed by November 13, 2023, and any replies to be filed by December 15, 2023.

Dated:

                                                                                                   _____
                                                                                                   JUDGE BERYL A. HOWELL

5