IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKYLER HEAVANS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 22-836 (BAH) |
| GENE DODARO<br>Comptroller General of the United States, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 6, 2023, Minute Order, the parties submit the following Joint Status Report:

The parties are participating in a mediation before Magistrate Judge Zia M. Faruqui on April 24, 2023. The parties do not request an extension of the stay and agree that the current scheduling order issued by the Court on March 3, 2023, should remain in effect, with the exception of the initial disclosure deadline, which the parties propose should be moved from April 24, 2023, to May 1, 2023. The parties do not believe that any other scheduling order modifications are necessary at this time.

A proposed order is attached hereto.

Respectfully submitted,

/s/ Natalie M. Koss
Natalie M. Koss, D.C. Bar No. 489551
Potomac Legal Group PLLC
1776 K Street NW, Suite 725
Washington, DC 20006
Telephone: (202) 643-9840

Facsimile: (202) 350-2654
Email: nkoss@potomaclegalgroup.com
*Attorney for Complainant Skyler Heavans*

/s/ Paula M. Potoczak
Paula M. Potoczak, D.C. Bar No. 929562
Law Office of Paula M. Potoczak
218 North Lee Street, Third Floor
Alexandria, Virginia 22314
(703) 519-3733 (Telephone)
(703) 519-3827 (Facsimile)
pmplaw@earthlink.net
*Attorney for Complainant Skyler Heavans*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ M. Jared Littman
M. Jared Littman
PA Bar # 91646
Assistant United States Attorney
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Jared.Littman@usdoj.gov
*Attorneys for Defendant*

Dated April 17, 2023

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKYLER HEAVANS,<br><br>        Plaintiff,<br><br>v.<br><br>GENE DODARO<br>Comptroller General of the United States,<br><br>        Defendant. | Civil Action No. 22-836 (BAH) |

## [PROPOSED] INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby ORDERED that the parties shall abide by the following dates, deadlines, and limitations:

    By May 1, 2023, the parties shall exchange initial disclosures required by Federal Rule of Civil Procedure 26(a)(1);

    The Scheduling Order issued by the Court on March 3, 2023, shall otherwise remained unmodified.

Dated:

                                                          JUDGE BERYL A. HOWELL