IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKYLER HEAVANS | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 22-836 (BAH) <br> ) |
| GENE DODARO <br> Comptroller General of the United States, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER**

On behalf of Plaintiff and Defendant ("the parties"), and at the request of Magistrate Judge Faruqui, the undersigned counsel jointly and respectfully move to modify the Court's March 3, 2023 Scheduling Order (as modified by the Court's April 18, 2023, Minute Order), by moving all discovery deadlines by 30 days.

In support of this motion, the parties state as follows:

1. On March 3, 2023, the Court issued a Scheduling Order. Discovery was to begin with the exchange of initial disclosures by April 24, 2023. Discovery was set to close on September 8, 2023, with dispositive motions due by October 13, 2023. March 3, 2023 Minute Order.

2. On April 18, 2023, because of the April 24, 2023 mediation, the parties jointly proposed that the Court amend the Scheduling Order so that the parties would exchange initial disclosures by May 1, 2023. The Court amended the initial disclosure deadline accordingly. April 18, 2023 Minute Order.

3. On April 24, 2023, the parties participated in mediation before Magistrate Judge Faruqui. Magistrate Judge Faruqui needs additional time to facilitate settlement and instructed the parties to seek additional time from the Court to further explore settlement options.

4. Because of these developments, the parties propose this modification in good faith and not for the purpose of delay. The parties propose that the Court extend the discovery deadliens for 30 days so that they can continue the mediation with Magistrate Judge Faruqui.

For the foregoing reasons, the parties respectfully and jointly request that the Court grant this motion and extend all deadlines by 30 days.

| Events | Current Deadlines | Proposed Deadlines |
| --- | --- | --- |
| Initial disclosures | May 1, 2023 | May 31, 2023 |
| Amended pleadings; Joinder of parties | May 5, 2023 | June 5, 2023 |
| Plaintiff's experts | May 22, 2023 | June 21, 2023 |
| Defendant's experts | June 23, 2023 | July 24, 2023 |
| Plaintiff's rebuttal experts | July 14, 2023 | August 14, 2023 |
| Discovery closes | September 8, 2023 | October 9, 2023 |
| Dispositive motions | October 13, 2023 | November 13, 2023 |
| Dispositive motion responses | November 13, 2023 | December 13, 2023 |
| Dispositive motion replies | December 15, 2023 | January 15, 2024 |

A proposed Order is being filed with this motion.

Dated: April 26, 2023                                  Respectfully submitted,

MATTHEW M. GRAVES,
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

 /s/ M. Jared Littman
 M. Jared Littman
PA Bar # 91646
Assistant United States Attorney
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Jared.Littman@usdoj.gov
*Attorneys for Defendant*


 /s/ Natalie M. Koss
Natalie M. Koss, D.C. Bar No. 489551
Potomac Legal Group PLLC
1776 K Street NW, Suite 725
Washington, DC 20006
Telephone: (202) 643-9840
Facsimile: (202) 350-2654
Email: nkoss@potomaclegalgroup.com
*Attorney for Plaintiff Skyler Heavans*

/s/ Paula M. Potoczak
Paula M. Potoczak, D.C. Bar No. 929562
Law Office of Paula M. Potoczak
218 North Lee Street, Third Floor
Alexandria, Virginia 22314
(703) 519-3733 (Telephone)
(703) 519-3827 (Facsimile)
pmplaw@earthlink.net
*Attorney for Plaintiff Skyler Heavans*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKYLER HEAVANS  Plaintiff,  v.  GENE DODARO Comptroller General of the United States,  Defendant. | Civil Action No. 22-836 (BAH) |

### [PROPOSED] ORDER

Upon consideration of the Joint Motion to Modify the Court's Scheduling Order, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that:

By May 31, 2023, the parties shall exchange initial disclosures required by Federal Rule of Civil Procedure 26(a)(1);

By June 5, 2023, the parties shall file any amended pleadings and join any additional parties;

By June 21, 2023, plaintiff's experts shall be designated with required expert disclosures and reports exchanged, by July 24, 2023, defendant's affirmative and rebuttal experts designated with required expert and rebuttal expert disclosures and reports exchanged, and by August 14, 2023, plaintiff's rebuttal experts designated with required rebuttal expert disclosures and reports exchanged;

By October 9, 2023, all discovery shall close; and

By November 13, 2023, the parties shall file any dispositive motions, with any responses to be filed by December 13, 2023, and any replies to be filed by January 15, 2023.

SO ORDERED this _____ day of _____, 2023.

_____
HON. BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE