IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SKYLER HEAVANS | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 22-836 (BAH) |
| GENE DODARO<br>Comptroller General of the United States, | ) ) ) ) |
| Defendant. | ) ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's April 26, 2023 Minute Order, the parties submit the following Joint Status Report:

On April 26, 2023, the Court issued a Minute Order staying this matter until May 24, 2023, pending continued settlement negotiations before Magistrate Judge Faruqui. Since that time, the parties have continued to engage in bona fide settlement negotiations before Magistrate Judge Faruqui. The parties feel additional time is necessary to reach a mutually agreeable settlement. Because of these developments, the parties propose this modification in good faith and not for the purpose of delay. The parties propose that the Court extend the discovery deadlines for 30 days so that they can continue the mediation with Magistrate Judge Faruqui. For the foregoing reasons, the parties respectfully and jointly request that the Court grant this motion and extend all deadlines by 30 days.

| Events | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Joint Status Report | May 24, 2023 | June 23, 2023 |
| Initial disclosures | May 31, 2023 | June 30, 2023 |

| | | |
|---|---|---|
| Amended pleadings; Joinder of parties | June 5, 2023 | July 5, 2023 |
| Plaintiff's experts | June 21, 2023 | July 21, 2023 |
| Defendant's experts | July 24, 2023 | August 23, 2023 |
| Plaintiff's rebuttal experts | August 14, 2023 | September 13, 2023 |
| Discovery closes | October 9, 2023 | November 8, 2023 |
| Dispositive motions | November 13, 2023 | December 13, 2023 |
| Dispositive motion responses | December 13, 2023 | January 12, 2024 |
| Dispositive motion replies | January 15, 2024 | February 14, 2024 |

A proposed Order is being filed with this motion.

Dated: May 24, 2023                                Respectfully submitted,

By:     /s/ Natalie M. Koss
Natalie M. Koss, D.C. Bar No. 489551
Potomac Legal Group PLLC
1776 K Street NW, Suite 725
Washington, DC 20006
Telephone: (202) 643-9840
Facsimile: (202) 350-2654
Email: nkoss@potomaclegalgroup.com
*Attorney for Plaintiff Skyler Heavans*

/s/ Paula M. Potoczak
Paula M. Potoczak, D.C. Bar No. 929562
Law Office of Paula M. Potoczak
218 North Lee Street, Third Floor
Alexandria, Virginia 22314
(703) 519-3733 (Telephone)
(703) 519-3827 (Facsimile)
pmplaw@earthlink.net
*Attorney for Plaintiff Skyler Heavans*

2

/s/ M. Jared Littman
M. JARED LITTMAN
PA Bar #91646
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Fax: (202) 252-2599
Email: Jared.Littman@usdoj.gov
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SKYLER HEAVANS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-836 (BAH) |
| ) | |
| GENE DODARO ) | |
| Comptroller General of the United States, ) | |
| ) | |
| Defendant. ) | |

### **[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Modify the Court's Scheduling Order, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that:

By June 23, 2023, the parties shall file a joint status report advising the Court whether the stay should be extended for the continuation of mediation and, if so, proposing any modification to this Order;

By June 30, 2023, the parties shall exchange initial disclosures required by Federal Rule of Civil Procedure 26(a)(1);

By July 5, 2023, the parties shall file any amended pleadings and join any additional parties;

By July 21, 2023, plaintiff's experts shall be designated with required expert disclosures and reports exchanged, by August 23, 2023, defendant's affirmative and rebuttal experts designated with required expert and rebuttal expert disclosures and reports exchanged, and by

4

September 13, 2023, plaintiff's rebuttal experts designated with required rebuttal expert disclosures and reports exchanged;

 By November 8, 2023, all discovery shall close; and

 By December 13, 2023, the parties shall file any dispositive motions, with any responses to be filed by January 12, 2024, and any replies to be filed by February 14, 2024.

 SO ORDERED this _____ day of _____, 2023.

                  _____
                  HON. BERYL A. HOWELL
                  UNITED STATES DISTRICT JUDGE