IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKYLER HEAVANS<br><br>Plaintiff,<br><br>v.<br><br>GENE DODARO<br>Comptroller General of the United States,<br><br>Defendant. | Civil Action No. 22-836 (BAH) |

## JOINT STATUS REPORT AND
## MOTION TO MODIFY THE COURT'S SCHEDULING ORDER

On behalf of Plaintiff and Defendant ("the parties"), the undersigned counsel jointly and respectfully provide this status report and move to modify the Court's March 3, 2023 Scheduling Order (as modified by the Court's Minute Orders of April 18, 2023, and May 24, 2023), by moving all discovery deadlines by 30 days.

In support of this motion and to provide the Court with an updated status of the case, the parties state as follows:

1. On March 3, 2023, the Court issued a Scheduling Order. Discovery was to begin with the exchange of initial disclosures by April 24, 2023. Discovery was set to close on September 8, 2023, with dispositive motions due by October 13, 2023. March 3, 2023 Minute Order.

2. On April 18, 2023, because of the April 24, 2023 mediation, the parties jointly proposed that the Court amend the Scheduling Order so that the parties would exchange initial disclosures by May 1, 2023. The Court amended the initial disclosure deadline accordingly. April 18, 2023 Minute Order.

3. On April 24, 2023, the parties participated in mediation before Magistrate Judge Faruqui. Since April 24, 2023, the parties have separately met with Magistrate Judge Faruqui on multiple occasions.

4. On May 24, 2023, the Court issued a Minute Order extending the stay in this matter until June 23, 2023 to continue the mediation. Since that time the parties have continued to engage in bona fide settlement negotiations before Magistrate Judge Faruqui.

5. The parties request additional time to continue the mediation because the parties are in the midst of continued settlement negotiations. Therefore, the parties seek additional time from the Court to continue settlement discussions before Magistrate Judge Faruqui.

6. The parties propose this modification in good faith and not for the purpose of delay. The parties propose that the Court extend the discovery deadliens for 30 days so that they can continue the mediation with Magistrate Judge Faruqui.

For the foregoing reasons, the parties respectfully and jointly request that the Court grant this motion and extend all deadlines by 30 days.

| Events | Current Deadlines | Proposed Deadlines |
| --- | --- | --- |
| Initial disclosures | June 30, 2023 | July 31, 2023 |
| Amended pleadings; Joinder of parties | July 5, 2023 | August 4, 2023 |
| Plaintiff's experts | July 21, 2023 | August 21, 2023 |
| Defendant's experts | August 23, 2023 | September 22, 2023 |
| Plaintiff's rebuttal experts | September 13, 2023 | October 13, 2023 |
| Discovery closes | November 8, 2023 | December 8, 2023 |
| Dispositive motions | December 13, 2023 | January 12, 2024 |

| | | |
|---|---|---|
| Dispositive motion responses | January 12, 2023 | February 12, 2024 |
| Dispositive motion replies | February 14, 2023 | March 13, 2024 |

The parties propose to provide the Court with a joint status report on or before July 24, 2023. If a settlement is reached or if settlement discussions cease, the parties will promptly notify the Court.

A proposed Order is being filed with this motion.

Dated: June 22, 2023                                                                 Respectfully submitted,

MATTHEW M. GRAVES,
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

 /s/ M. Jared Littman
M. Jared Littman
PA Bar # 91646
Assistant United States Attorney
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Jared.Littman@usdoj.gov
*Attorneys for Defendant*

 /s/ Natalie M. Koss
Natalie M. Koss, D.C. Bar No. 489551
Potomac Legal Group PLLC
1776 K Street NW, Suite 725
Washington, DC 20006
Telephone: (202) 643-9840
Facsimile: (202) 350-2654
Email: nkoss@potomaclegalgroup.com

*Attorney for Plaintiff Skyler Heavans*

<u>/s/ Paula M. Potoczak</u>
Paula M. Potoczak, D.C. Bar No. 929562
Law Office of Paula M. Potoczak
218 North Lee Street, Third Floor
Alexandria, Virginia 22314
(703) 519-3733 (Telephone)
(703) 519-3827 (Facsimile)
pmplaw@earthlink.net
*Attorney for Plaintiff Skyler Heavans*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKYLER HEAVANS | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 22-836 (BAH)<br>) |
| GENE DODARO<br>Comptroller General of the United States, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Modify the Court's Scheduling Order, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that:

By July 23, 2023, the parties shall provide a joint status report;

By July 31, 2023, the parties shall exchange initial disclosures required by Federal Rule of Civil Procedure 26(a)(1);

By August 4, 2023, the parties shall file any amended pleadings and join any additional parties;

By August 21, 2023, plaintiff's experts shall be designated with required expert disclosures and reports exchanged, by September 22, 2023, defendant's affirmative and rebuttal experts designated with required expert and rebuttal expert disclosures and reports exchanged, and by October 13, 2023, plaintiff's rebuttal experts designated with required rebuttal expert disclosures and reports exchanged;

By December 8, 2023, all discovery shall close; and

5

By January 12, 2024, the parties shall file any dispositive motions, with any responses to be filed by February 12, 2024, and any replies to be filed by March 13, 2024.

SO ORDERED this _____ day of _____, 2023.

_____
HON. BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE