# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SKYLER HEAVANS  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GENE DODARO  )<br>Comptroller General of the United States,  )<br>  )<br>    Defendant.  )  | Civil Action No. 22-836 (BAH) |

## NOTICE OF APPEARANCE

Please take notice that Jasmine M. Santos of Potomac Legal Group PLLC, 1776 K Street NW, Suite 725, Washington, DC 20006, hereby enters her appearance as counsel on behalf of Plaintiff Skyler Heavans in the above-captioned matter.

Respectfully Submitted,

Dated: August 8, 2023

/s/ Jasmine Santos
Jasmine Santos, D.C. Bar No. 90012712
POTOMAC LEGAL GROUP PLLC
1776 K Street NW, Suite 725
Washington DC, 20006
Telephone: (202) 643-9840
Facsimile: (202) 350-2654
jsantos@potomaclegalgroup.com
*Attorney for Plaintiff Skyler Heavans*
*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2023, a true and correct copy of this Notice of Appearance was served on the following via CM/ECF:

Matthew M. Graves,
D.C. Bar No. 481052
United States Attorney

M. Jared Littman
Pa. Bar #91646
Assistant United States Attorney
U.S. Attorney's Office
601 D Street NW
Washington, DC 20530
Phone: (202) 252-2523
Jared.Littman@usdoj.gov
*Attorneys for Defendant*

/s/ Jasmine Santos
Jasmine Santos