UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKYLER HEAVANS,<br><br>*Plaintiff,*<br><br>v.<br><br>GENE DODARO,<br>Comptroller General of the United States,<br><br>*Defendant*. | Civil Action No. 22-836 (BAH) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated July 24, 2023, Plaintiff Skyler Heavans and Defendant Gene Dodaro, in his official capacity as Comptroller General of the United States (collectively, "the parties"), respectfully submit this joint status report to apprise the Court of the status of this case.

1. On September 15, 2023, mediation before Magistrate Judge Faruqui concluded.

2. The mediation did not result in a settlement of the case.

3. The parties agree that the stay of the proceedings should not be extended.

4. The parties further agree that no modifications of the Court's Scheduling Order of July 24, 2023, are necessary.

5. The parties will proceed to discovery on the claims that remain following the Court's decision of December 23, 2022.  ECF Nos. 19-20.

6. The parties will reassess the possibility of settlement as litigation in this case progresses and may request a return to mediation if the parties believe that mediation is reasonably likely to result in resolution of the case.

1

Dated:  September 22, 2023                               Respectfully submitted,

                          MATTHEW M. GRAVES,
                          D.C. Bar #481052
                          United States Attorney

                          BRIAN P. HUDAK
                          Chief, Civil Division

                          <u>/s/ M. Jared Littman</u>
                          M. Jared Littman
                          PA Bar # 91646
                          Assistant United States Attorney
                          U.S. Attorney's Office
                          601 D Street, N.W.
                          Washington, D.C. 20530
                          Phone: (202) 252-2523
                          Jared.Littman@usdoj.gov
                          *Attorneys for Defendant*


                          <u>/s/ Natalie M. Koss</u>
                          Natalie M. Koss, D.C. Bar No. 489551
                          Jasmine Santos, D.C. Bar No. 90012712 (Admitted
                          *Pro Hac Vice)*
                          Potomac Legal Group PLLC
                          1776 K Street NW, Suite 725
                          Washington, DC 20006
                          Telephone: (202) 643-9840
                          Facsimile: (202) 350-2654
                          Email: nkoss@potomaclegalgroup.com
                          Email: jsantos@potomaclegalgroup.com
                          *Attorneys for Plaintiff Skyler Heavans*


                          <u>/s/ Paula M. Potoczak</u>
                          Paula M. Potoczak, D.C. Bar No. 929562
                          Law Office of Paula M. Potoczak
                          218 North Lee Street, Third Floor
                          Alexandria, Virginia 22314
                          (703) 519-3733 (Telephone)
                          (703) 519-3827 (Facsimile)
                          pmplaw@earthlink.net
                          *Attorney for Plaintiff Skyler Heavans*