IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SKYLER HEAVANS | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 22-836 (BAH) |
| GENE DODARO<br>Comptroller General of the United States, | ) |
| Defendant. | ) |

**PLAINTIFF'S CONSENT MOTION TO MODIFY THE
COURT'S SCHEDULING ORDER**

Comes now Plaintiff Skyler Heavans, through Counsel, respectfully requests an enlargement of time for all remaining discovery and dispositive motion deadlines. Pusuant to Local Civil Rule 7(m) undersigned counsel consulted with counsel for Defendant, M. Jarred Littman, who consents to this Motion.

In support of this Motion, Plaintiff states as follows:

1. On June 23, 2023, the Court issued a Minute Order extending the stay in this matter until July 24, 2023 to continue mediation.

2. On September 22, 2023, the parties filed a Joint Status report noting that mediation was unsuccessful and that the parties were prepared to move forward with the deadlines forth in the July 24, 2023, Minute Order.

3. Plaintiff's expert witness designations are due on October 20, 2023. However, due to Plaintiff's expert witnesses scheduling conflicts, Plaintiff requests additional time to provide the expert reports and disclosures.

4. Therefore, Plaintiff seeks a 45-day extension to account for the expert witnesses' schedule conflicts. This time is necessary for the Plaintiff's expert witnesses to evaluate the Plaintiff and prepare the necessary reports.

5. To account for the holidays, as requested by Defendant's counsel, Plaintiff's counsel requests that this Court extend the expert witness disclosure period, remaining discovery period, and dispositive motions period by 59 days.

6. Plaintiff proposes this modification in good faith and not for the purpose of delay. Plaintiff proposes that the Court extend Plaintiff's expert disclosure and report deadline by 45 days and all remaining discovery deadlines by 59 days. This time period permits the Plaintiff's expert witnesses to adequately asses the Plaintiff, prepare the necessary reports and allow time for the holidays and depositions.

7. As noted above, Defendant consents to Plaintiff's Motion to Modify the Court's Scheduling Order.

For the foregoing reasons, Plaintiff requests that the Court grant this consent motion to modify the Court's Scheduling Order.

| Events | Current Deadlines | Proposed Deadlines |
| --- | --- | --- |
| Plaintiff's experts | October 20, 2023 | December 4, 2023 |
| Defendant's experts | November 21, 2023 | January 19, 2024 |
| Plaintiff's rebuttal experts | December 12, 2023 | February 9, 2024 |
| Discovery closes | February 6, 2024 | April 5, 2024 |
| Dispositive motions | March 12, 2024 | May 10, 2024 |

| | | |
|---|---|---|
| Dispositive motion responses | April 12, 2024 | June 10, 2024 |
| Dispositive motion replies | May 13, 2024 | July 10, 2024 |

A proposed Order is being filed with this Motion.

/s/ Natalie M. Koss
Natalie M. Koss, D.C. Bar No. 489551
Jasmine Santos, D.C. Bar No. 90012712
*Admitted Pro Hac Vice*
Potomac Legal Group PLLC
1776 K Street NW, Suite 725
Washington, DC 20006
Telephone: (202) 643-9840
Facsimile: (202) 350-2654
Email: nkoss@potomaclegalgroup.com
Email: jsantos@potomaclegalgroup.com
Attorneys for Plaintiff Skyler Heavans

/s/ Paula M. Potoczak
Paula M. Potoczak, D.C. Bar No. 929562
Law Office of Paula M. Potoczak
218 North Lee Street, Third Floor
Alexandria, Virginia 22314
(703) 519-3733 (Telephone)
(703) 519-3827 (Facsimile)
pmplaw@earthlink.net
*Attorney for Plaintiff Skyler Heavans*

**CERTIFICATE OF SERVICE**

    I hereby certify on this 17h day of October 2023 a true and correct copy of the foregoing document was served on the following party via CM/ECF:

MATTHEW M. GRAVES,
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

M. Jared Littman
PA Bar # 91646
Assistant United States Attorney
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Jared.Littman@usdoj.gov
*Attorneys for Defendant*

                                                        /s/ Natalie M. Koss
                                                        Natalie M. Koss

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SKYLER HEAVANS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-836 (BAH) |
| ) | |
| GENE DODARO ) | |
| Comptroller General of the United States, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion to Modify the Court's Scheduling Order, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that:

By December 4, 2023, plaintiff's experts shall be designated with required expert disclosures and reports exchanged; by January 19, 2024, defendant's affirmative and rebuttal experts designated with required expert and rebuttal expert disclosures and reports exchanged; and by February 9, 2024, plaintiff's rebuttal experts designated with required rebuttal expert disclosures and reports exchanged;

By April 5, 2024, all discovery shall close; and

By May 10, 2024, the parties shall file any dispositive motions, with any responses to be filed by June 10, 2024, and any replies to be filed by July 10, 2024.

SO ORDERED this _____ day of _____, 2023.

_____
HON. BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE